No. 78-55. BROADWAY BOOKS, INC. *v.* VIRGINIA ET AL. Appeal from Cir. Ct., City of Richmond, dismissed for want of substantial federal question. MR. JUSTICE STEWART would dismiss for want of a properly presented federal question. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would reverse the judgment.

No. 78-259. BOSTON EDISON CO. *v.* DEPARTMENT OF PUBLIC UTILITIES OF MASSACHUSETTS ET AL. Appeal from Sup. Jud. Ct. Mass. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 78-5342. JENKINS *v.* EVENING STAR NEWSPAPER CO. ET AL. Appeal from C. A. D. C. Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78-5380. HEMMERLE ET UX. *v.* FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF DESOTO COUNTY. Appeal from Dist. Ct. App. Fla., 2d Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 78-293. AVERY FEDERAL SAVINGS & LOAN ASSN. ET AL. *v.* MEYERS ET AL., COMMISSIONERS, SINKING FUND OF THE CITY OF LOUISVILLE. Appeal from Ct. App. Ky. dismissed for want of final judgment. (See 28 U. S. C. § 1257.) 

No. 78-372. MOSKOWITZ ET AL. *v.* HYNES, DEPUTY ATTORNEY GENERAL OF NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.